AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:21-cr-264-LMB |
| Farhaad Riyaz | ) | |
| *Defendant* | ) | |

FILED IN OPEN COURT
DEC 13 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/13/2021

*Defendant's signature*

*Signature of defendant's attorney*

Daniel Joseph Grooms, III, Esq.
*Printed name of defendant's attorney*

/s/
Leonie M Brinkema
United States District Judge
12/13/21