# * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 12/13/21  Judge: Brinkema  Reporter: A. Thomson
Time: 9:07am - 9:51am  Interpreter:
  Language:
  **Probation Email**:
  **Jury Email**:
  Pretrial ofc present

# UNITED STATES OF AMERICA
  v.

FARHAAD RIYAZ  1:21cr264
Defendant's Name  Case Number

Daniel Grooms/Joshua Siegel  Russell Carlberg
**Counsel for Defendant:**  **Counsel for Government**

**Matter called for:**
[ ] Arraignment  [X] Pre-Indictment Plea  [ ] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Docket Call  [ ] Appeal (USMC)
[ ] Other

Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[ ] Discovery Order  [X] Information  [X] Plea Agreement  [X] Statement of Facts  [X] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA  [X] FA  [X] PG  [ ] PNG  **Trial by Jury:** [ ] Demanded  [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[X] Deft entered Plea of Guilty as to Count(s) __1__ of the [ ] Indictment -- [X] Criminal Information
[X] Plea accepted, **Guilty Count(s)** __1__
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court  [ ] Order to follow
[X] Deft advised of appeal rights *
[ ] Deft directed to cooperate with USPO for PSI
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to check in with Pretrial
[X] Case continued to: **03/22/22** at **9:00am** for:
[ ] Jury Trial  [ ] Bench Trial  [X] Sentencing  [ ] Status

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
Special condition: deft shall reappear for sentencing on 3/22/22 at 9:00am

**Deft is:** [ ] In Custody  [ ] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [X] 1st appearance

**Bond Set at**: $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [X] Deft Released on Bond  [ ] Deft Continued on Bond
(with conditions)