IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FARHAAD RIYAZ,<br><br>Defendant | No. 1:21-cr-264-LMB |

### ORDER

This matter comes before the Court on Defendant Farhaad Riyaz's Unopposed Motion to Accept Restitution Payment Before Sentencing. For the reasons stated in the motion and Defendant's memorandum in support, and finding good cause, the motion is GRANTED; however, by granting Defendant's motion, the Court is not necessarily limiting Defendant's restitution to $312,964.38 and may, after reviewing the Presentence Investigative Report, order that Defendant pay a greater amount. Accordingly, it is hereby

ORDERED that the Clerk accept Defendant's $312,964.38 as a restitution payment. The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 1st day of March, 2022.

Alexandria, Virginia.

/s/
Leonie M. Brinkema
United States District Judge